COUNSEL FORCE P.C.
PATRICK M. TERRY (SBN No. 184055)
pat@counselforce.com
135 Main Street, Suite 1350
San Francisco, California
Telephone:  (415) 613-1207
Facsimile:   (510) 350-9049

Attorneys for Plaintiff
JOBSCIENCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBSCIENCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CVPARTNERS, INC., a California Corporation; SKIPAN LLC, a Delaware Limited Liability Company; SKIPAN SAAS LLC, d.b.a. TALENT ROVER,  a Delaware Limited Liability Company; BRANDON METCALF, an individual; KENT GRAY, an individual; and DOES 1-100, <br><br> Defendants. | **Case No.:  CV 13-0 4519 JCS** <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** <br><br> (E-Filing) |

WHEREAS, all defendants have been served with the summons and complaint; and

WHEREAS, pursuant to Civil Local Rule 6-1(a), the parties, through their undersigned counsel, agree to extend the time to respond to the complaint;

NOW THEREFORE, it is hereby stipulated that the time within which defendants must respond to the complaint is extended until November 20, 2013.

**COUNSEL FORCE P.C.**

Dated: October 22, 2013          By: /s/ Patrick Terry
                                     Patrick M. Terry
                                     Attorney for Plaintiff
                                     JOBSCIENCE, INC.

**DLA PIPER LLP**

Dated: October 22, 2013          By: /s/ Rajiv Dharnidharka
                                     Rajiv Dharnidharka
                                     Attorneys for Defendants
                                     CVPARTNERS, INC., SKIPAN LLC,
                                     SKIPAN SAAS LLC, d.b.a. TALENT
                                     ROVER, BRANDON METCALF, and
                                     KENT GRAY

Dated: 10/23/13

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA