IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOBSCIENCE, INC.,

    Plaintiff,

v.

CVPARTNERS, INC., a California Corporation; SKIPAN, LLC, a Delaware Limited Liability Company; SKIPAN SAAS, LLC, d.b.a. TALENT ROVER, a Delaware Limited Liability Company; BRANDON METCALF, an individual; KENT GRAY, an individual; and DOES 1–100,

    Defendants.

No. C 13-04519 WHA

**ORDER RE HEARING**

At the motion hearing on February 27, the undersigned judge ordered defendants to turn over every version of the allegedly misappropriated source code to plaintiff within **7 CALENDAR DAYS**. The code is for plaintiff's attorney's eyes only. Plaintiff must choose and pay for an expert to analyze the code. Plaintiff must file a letter brief outlining the outcome of this analysis.

**IT IS SO ORDERED.**

Dated: February 28, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE