IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOBSCIENCE INC.,

    Plaintiff,

  v.

CVPARTNERS INC., a California corporation, SKIPAN LLC, a Delaware limited liability company, SKIPAN SAAS LLC, d.b.a. TALENT ROVER, a Delaware limited liability company, BRANDON METCALF, an individual, KENT GRAY, an individual, and DOES 1–100,

    Defendants.

No. C 13-04519 WHA

**ORDER SETTING HEARING ON DEFENDANTS' DISCOVERY DISPUTE**

The Court **SETS** a two-and-one-half-hour meet and confer in the Court's jury room starting from **9:00–11:30 A.M. ON THURSDAY, JUNE 26, 2014**, in the Court's jury room located in the San Francisco courthouse. At 11:30 a.m., the Court shall hold a hearing to resolve any remaining issue(s). Plaintiff's response is due by 5:00 p.m. on June 24. Please buzz chambers to be let into the jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: June 23, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE