IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOBSCIENCE INC.,

    Plaintiff,

v.

CVPARTNERS INC., a California corporation, SKIPAN LLC, a Delaware limited liability company, SKIPAN SAAS LLC, d.b.a. TALENT ROVER, a Delaware limited liability company, BRANDON METCALF, an individual, KENT GRAY, an individual, and DOES 1–100,

    Defendants.

      /

No. C 13-04519 WHA

**ORDER SETTING HEARING RE DEFENDANTS' DISCOVERY DISPUTE**

    The Court **SETS** a three-hour meet and confer in the Court's jury room starting from **8:00–11:00 A.M. ON WEDNESDAY, AUGUST 20, 2014**, in the Court's jury room located in the San Francisco courthouse. At 11:00 a.m., the Court shall hold a hearing to resolve any remaining issue(s) in Courtroom No. 8. Plaintiff's response is due by noon on Tuesday, August 19. Please buzz chambers to be let into the jury room at 8:00 a.m. on August 20.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

    **IT IS SO ORDERED.**

Dated: August 14, 2014.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE