IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOBSCIENCE INC.,

    Plaintiff,

  v.

CVPARTNERS INC., et al.,

    Defendants.

No. C 13-04519 WHA

**ORDER DENYING CONTINUANCE OF HEARING ON DEFENDANTS' DISCOVERY DISPUTE**

Good cause not shown, the Court **DENIES** plaintiff's request to continue the hearing re defendant's discovery dispute. Plaintiff has three counsel of record and if Attorney Weikert is unavailable to attend the hearing, then one of the other two may attend the meet-and-confer and argue at the hearing.

The Court notes that defendants have not provided the discovery requests referenced in their August 14 letter. Please do so by noon on Tuesday, August 19.

**IT IS SO ORDERED.**

Dated: August 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE